**SUBT**
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702.474.4222
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE STATE OF NEVADA, | ) |
| Plaintiff, | ) CASE NO: 2:15-CR-00093-LRH-VCF |
| vs. | ) |
| KYLE HANN RITZ, | ) |
| Defendant. | ) |

### SUBSTITUTION OF ATTORNEY

I, KYLE HANN RITZ, do hereby appoint and accept the appointment of ROBERT M. DRASKOVICH, as attorney of record in the place and stead of John Momot, Esq.

DATED this 1st day of May, 2015.

_____
KYLE HANN RITZ

I, ROBERT M. DRASKOVICH, do hereby accept the substitution of attorney regarding KYLE HANN RITZ.

DATED this 1st day of May, 2015.

_____
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
Attorney for Defendant

I hereby consent to the foregoing substitution, and hereby release all pleadings and papers I have for KYLE HANN RITZ.

DATED this ____ day of May, 2015.

John Momot, Esq.
Nevada Bar No. 1700
520 S. Fourth Street. #300
Las Vegas, Nevada 89101

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: May 5, 2015