UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 2:15-CR-00093-LRH-VCF |
| Plaintiff, | ) | |
| vs. | ) | ORDER APPROVING |
| | ) | ***STIPULATION TO CONTINUE PRE-TRIAL*** |
| KYLE HANN RITZ, | ) | ***MOTIONS DEADLINES*** |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between DANIEL G. BOGDEN, United States Attorney, and LISA CARTIER-GIROUX, counsel for the United States of America; and ROBERT M. DRASKOVICH, counsel for Defendant, KYLE HANN RITZ, that the pre-trial motion deadlines be continued for thirty (30) days.

**IT IS FURTHER STIPULATED AND AGREED** by and between the parties, through their respective counsel, that they shall have to and including July 8, 2015, by the hour of 4:00 p.m., within which to file any and all pretrial motions. Said pretrial motions were scheduled to be filed on June 8, 2015.

**IT IS FURTHER STIPULATED AND AGREED** by and between the parties, through their respective counsel, that they shall have to and including July 22, 2015, by the hour of 4:00

p.m., within which to file any and all responsive pleadings.  Said pleadings were scheduled to be filed on June 22, 2015.

**IT IS FURTHER STIPULATED AND AGREED** by and between the parties that they shall have to and including July 29, 2015, by the hour of 4:00 p.m., within which to file any and all replies to dispositive motions. Said pleadings were scheduled to be filed on June 29, 2015.

This is the second request to continue pre-trial motions deadlines.

DATED this 5th day of June, 2015.

                                                            DANIEL G. BOGDEN
                                                            UNITED STATES ATTORNEY

Robert M. Draskovich                     Lisa Cartier-Giroux
/s/_____   /s/_____
ROBERT M. DRASKOVICH, ESQ.      LISA CARTIER-GIROUX
Nevada Bar No. 6275                         Assistant United States Attorney
Attorney for Defendant

## ORDER

**IT IS HEREBYORDERED** that the parties shall have to and including July 8, 2015, by the hour of 4:00 p.m., within which to file any and all pretrial motions.

**IT IS FURTHER ORDERED** that the parties shall have to and including July 22, 2015, by the hour of 4:00 p.m., within which to file any and all responsive pleadings.

**IT IS FURTHER ORDERED** that the parties shall have to and including July 29, 2015, by the hour of 4:00 p.m., within which to file any and all replies to dispositive motions.

DATED AND DONE this <u>10th</u> day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE