ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
TURCO & DRASKOVICH, LLP.
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702.474.4222
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 2:15-CR-00093-LRH-VCF |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ***STIPULATION TO CONTINUE PRE-TRIAL*** |
| | ) | ***MOTIONS DEADLINES*** |
| KYLE HANN RITZ, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between DANIEL G. BOGDEN, United States Attorney, and LISA CARTIER-GIROUX, counsel for the United States of America; and ROBERT M. DRASKOVICH, counsel for Defendant, KYLE HANN RITZ, that the pre-trial motion deadlines be continued for thirty (30) days.

**IT IS FURTHER STIPULATED AND AGREED** by and between the parties, through their respective counsel, that they shall have to and including August 25, 2015, by the hour of 4:00 p.m., within which to file any and all responsive pleadings.  Said pleadings were scheduled to be filed on July 25, 2015.

**IT IS FURTHER STIPULATED AND AGREED** by and between the parties that they shall have to and including September 1, 2015, by the hour of 4:00 p.m., within which to file any

and all replies to dispositive motions. Said pleadings were scheduled to be filed on August 1, 2015.

This is the third request to continue pre-trial motions deadlines.

DATED this 24th day of July, 2015.

DANIEL G. BOGDEN
UNITED STATES ATTORNEY

Robert M. Draskovich     Lisa Cartier-Giroux
/s/ _____  /s/ _____
ROBERT M. DRASKOVICH, ESQ.  LISA CARTIER-GIROUX
Nevada Bar No. 6275     Assistant United States Attorney
Attorney for Defendant

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that the parties shall have to and including August 25, 2015, by the hour of 4:00 p.m., within which to file any and all responsive pleadings.

**IT IS FURTHER ORDERED** that the parties shall have to and including September 1, 2015, by the hour of 4:00 p.m., within which to file any and all replies to dispositive motions.

DATED AND DONE this 28th day of July, 2015.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

Respectfully Submitted By:

/s/ Robert M. Draskovich
_____
Robert M. Draskovich, Esq.
Nevada Bar No. 6275
Attorney for Defendant