**STIP**
DANIEL G. BOGDEN
United States Attorney
LISA C. CARTIER GIROUX
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6418

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-cr-00093-LRH-VCF |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **RESPONSE DEADLINE** |
| | ) | |
| KYLE HANN RITZ, | ) | **(First Request)** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED and AGREED by and between the United States of America, by and through LISA C. CARTIER GIROUX, Assistant United States Attorney, and Defendant KYLE HANN RITZ, by and through his counsel ROBERT DRASKOVICH, ESQ, that the Government shall have to and including September 4, 2015, within which to file any and all responsive pleadings, currently due August 25, 2015, and Defendant shall have to and

///

///

///

-1-

including September 11, 2015, within which to file any and all replies.

This is the first request to continue the response deadline.

Dated this 21st day of August, 2015.

/s/  Lisa C. Cartier Giroux  /s/ Robert M. Draskovich
LISA CARTIER GIROUX  ROBERT M. DRASKOVICH, ESQ.
Assistant United States Attorney  Nevada Bar No. 6275
815 South Casino Center Blvd.
Las Vegas, Nevada 89101
*Attorney for Kyle Hann Ritz*

### ORDER

**IT IS HEREBY ORDERED** that the Government shall have to and including September 4, 2015, within which to file any and all responsive pleadings, and Defendant shall have to and including September 11, 2015, within which to file any and all replies.

Dated this 21st day of August, 2015.

_____
UNITED STATE MAGISTRATE JUDGE

Respectfully Submitted By:

/s/ Lisa C. Cartier Giroux
_____
LISA C. CARTIER GIROUX
Assistant United States Attorney