# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KYLE HANN RITZ,<br><br>    Defendant. | 2:15-cr-00093-LRH-VCF<br><br>**ORDER** |

Before the court is Defendant's Motion to Suppress Evidence (#23).

IT IS HEREBY ORDERED that an evidentiary hearing on Defendant's Motion to Suppress Evidence (#23) is scheduled for 9:30 a.m., October 2, 2015, in courtroom 3D.

DATED this 18th day of September, 2015.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE