STIP
DANIEL G. BOGDEN
United States Attorney
LISA C. CARTIER GIROUX
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6418

```
             FILED         RECEIVED
             ENTERED       SERVED ON
                           COUNSEL/PARTIES OF RECORD

                SEP 28 2015

             CLERK US DISTRICT COURT
                DISTRICT OF NEVADA
    BY:_____ DEPUTY
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-cr-93-LRH-VCF |
| Plaintiff, | STIPULATION TO CONTINUE OCTOBER 2, 2015 EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO SUPPRESS (DOC#23) AND PROPOSED ORDER |
| KYLE HANN RITZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED and AGREED by and between the United States of America, by and through LISA C. CARTIER GIROUX, Assistant United States Attorney, and Defendant KYLE HANN RITZ, by and through his counsel ROBERT DRASKOVICH, ESQ, that the evidentiary hearing on Defendant's Motion to Suppress Evidence (Doc#23) currently scheduled for October 2, 2015 at 9:30 a.m. in this matter be vacated and reset to a time and date convenient to this Honorable Court. The parties have conferred and respectfully request said hearing date, with the permission of this Honorable Court, be reset no sooner than October 9, 2015.

...

...

-1-

This Stipulation is entered into for the following reasons:

1. The Government's lead detective and witness for the hearing is conducting a training program which conflicts with the scheduled date of the hearing.

2. The parties have no objection to the stipulation to continue; and

3. This is the first request to continue the suppression hearing.

Dated this 23rd day of September, 2015.

/s/ Lisa C. Cartier Giroux
LISA CARTIER GIROUX
Assistant United States Attorney

/s/ Robert M. Draskovich
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
815 South Casino Center Blvd.
Las Vegas, Nevada 89101
*Attorney for Kyle Hann Ritz*

## ORDER

Based upon the Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Government's lead detective and witness for the hearing is conducting a training program which conflicts with the scheduled date of the hearing;

2. The parties have no objection to the stipulation to continue; and

3. This is the first request to continue the suppression hearing.

For the above stated reasons, the ends of justice would best be served by a continuance of the suppression hearing.

Pursuant to the Stipulation of counsel, and with good cause appearing,

**IT IS HEREBY ORDERED** that the Motion to Suppress Hearing of the within matter currently scheduled for October 2, 2015 at 9:30 am, shall commence on the __13th__ day of __October__, 2015 at the hour of __1:00__ a.m./p.m.

Dated this 25th day of September, 2015.

_____
UNITED STATE DISTRICT COURT

CAM FERENBACH
U.S. MAGISTRATE JUDGE

Respectfully Submitted By:

/s/ Lisa C. Cartier Giroux
_____
LISA C. CARTIER GIROUX
Assistant United States Attorney

-3-