

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:15-CR-093-LRH-(VCF) |
| ) | |
| KYLE HANN RITZ, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2428(a)(1) and 2428(b)(1)(A) with Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant KYLE HANN RITZ to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Superseding Criminal Information and shown by the United States to have the requisite nexus to the offense to which defendant KYLE HANN RITZ pled guilty. Superseding Criminal Information, ECF No. 42; Plea Agreement, ECF No. 44; Change of Plea, ECF No. 45; Preliminary Order of Forfeiture, ECF No. 46.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from October 17, 2015, through November 15, 2015, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 47.

///

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2428(a)(1) and 2428(b)(1)(A) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. 2011 Audi Q7, VIN WA1LMAFE6BD000777, (NV 546 LZH);
2. Apple iPhone5 A1428 cell phone, IMEI: 013335007427201, SN DNQJL41JF38W;
3. Samsung Galaxy S5 cell phone, SN R38F41AZ8AJ;
4. Apple iPad3 A1430 (64 GB), SN DMPHH5SKDVGJ;
5. Apple MacBook A1286 laptop w/power cord, SN C02JH02DDV35;
6. Apple MAC A1188 Tower, SN G87201F7UQ2;
7. USB Drive ASU (white), SN unknown;
8. 4 DVD/CDR;
9. Olympus Stylus 790 SW Digital Camera with 1 GB XD Card, SN unknown;
10. Apple MacBook Pro laptop w/power cord, SN C02JL0J9F51R;
11. CISCO Mino M2120 HD Video Camera with case and charger, SN OS0929900929;
12. Acondata External hard drive, SN A0848248; and
13. Apple MacBook Pro A1226 laptop w/power cord, SN W873062WX92.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any

///

1 | income derived as a result of the United States of America's management of any property forfeited
2 | herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.
3 |     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of
4 | this Order to all counsel of record.
5 |     DATED this 17 day of March, 2016.

                              _____
                              UNITED STATES DISTRICT JUDGE